Marie R. McCABE and others, respondents, v. CITY OF NEW YORK, Pennsylvania Tunnel & Terminal Railroad Company, and Long Island Railroad Company, appellants. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Finding of fact XXXI reversed, as being against the evidence, and in place thereof the following finding, here made, is substituted: That the said notice and advertisement published by the board of estimate and apportionment as aforesaid, constituted a sufficient compliance with the requirements of section 442 of the City Charter (Laws 1901, c. 466) as to such notice, and did, by a reference to the map therein recited, show sufficiently the proposed change of grade of Thomson avenue in front of plaintiffs' said premises, by the several grade lines in red figures upon said map, in said avenue, coupled with the explanatory notes upon such map. The judgment appealed from is modified, by reducing the damages allowed to the sum of $150 allowed for the actual encroachment upon plaintiffs' premises, and, as so modified, affirmed, without costs. This determination is made upon the ground that the decision of the Court of Appeals upon the former appeal by necessary implication held that, in order that the defendants justify their construction in said avenue, it was not necessary for the defendants to establish that permission or approval of the Board of Railroad Commissioners or of the Public Service Commission of and for the change of grade therein had been obtained, and upon the further ground that the findings, as above modified, and the evidence, establish that the city authorities, namely, the

board of estimate and apportionment, in making such change of grade, in all respects complied with the provisions of the City Charter. Carr, Stapleton, Mills, and Rich, JJ., concur. Jenks, P. J., not voting. Settle order before Justice Mills.